Louis F. Doyle, SBN 79977
Attorney at Law
PO Box 360
San Martin, CA 95046
(408)686-1007

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY TOTTEN, JOSE MORENO, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RESTRAINING TRUST FUND FOR NORTHERN CALIFORNIA; NORTHERN CALIFORNIA DISTRICT COUNCIL OF LABORERS for itself and on behalf of LABORERS' LOCAL UNION NO. 304<br><br>Plaintiffs,<br><br>v.<br><br>LUCAS CONCRETE, INC., A California Corporation,<br><br>Defendant. | No. C 05 5447 EMC<br><br>**STIPULATION TO CONTINUE HEARING AND ORDER** |

Parties herein, through their respective counsel, hereby stipulate to continue the Case Management Hearing currently set for May 03, 2006 to June 14, 2006 at 1:30 pm.

The reasons of this continuance are twofold: 1. Defendant is cooperating in an audit of its records to determine the amount owing, and 2. Counsel for Defendant is scheduled for major surgery on April 12, 2006, with an estimated 30 day recovery time.

**STIPULATION TO CONTINUE HEARING AND ORDER**

1
2
3  Dated 3-22-06
4
   _____
   Louis F. Doyle,
5  Attorney for Defendant
6  Dated 3/17/06
   _____
7  Patricia A. Davis,
   Attorney for Plaintiff
8
9
10 So ordered.
11 Dated March 24, 2006
   _____
12 Edward M. Chen
   United States Magistrate Judge
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION TO CONTINUE HEARING AND ORDER     2