# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

LARRY TOTTEN, JOSÉ MORENO, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND., et al.
                       Plaintiff,

v.

Lucas Concrete, Inc., a California Corporation,
                       Defendant.

**CASE NO. CV** C 05 5447 EMC

**STIPULATION AND ORDER SELECTING ADR PROCESS**

## I. ADR PROCESS

The parties hereby stipulate to participate in the ADR process checked below *(select one court-connected or private process)*.

**Court-connected ADR processes:**

- [ ] Arbitration
    - [ ] Non-binding
    - [ ] Binding
- [ ] Early Neutral Evaluation (ENE)
- [ ] Early Settlement Conference with a Magistrate Judge
- [x] Mediation

**Private ADR process:**

- [ ] Type of Process: _____

    Name, address and phone number of private provider:

_____

_____

_____

II. **TIMING FOR ADR PROCESS**

☐ **Cases in ENE or Mediation (or similar private process):**

The parties shall conduct the ADR session by September 1, 2006 _____ (no later than 90 days after the date set for the first Case Management Conference unless otherwise ordered under General Order 36, § VII.D.)

☐ **Cases in Arbitration (court-connected or private):**

The parties shall conduct the Arbitration by _____ (no later than 135 days after the date set for the first Case Management Conference unless otherwise ordered – the clerk will send the parties a list of arbitrators for ranking within 10 days after the Case Management Conference.)

III. **OTHER STIPULATIONS** (e.g. regarding additional disclosures and/or discovery before the ADR session, issues to be addressed in ADR session, etc.)

Dated: 4/27/06

_____
Plaintiff

Dated: 4-27-06

_____
Defendant, Atty for

IT IS SO ORDERED.

Dated: May 1, 2006

IT IS SO ORDERED
Judge Edward M. Chen
United States District Court
Northern District of California