BARRY E. HINKLE, Bar No. 071223
PATRICIA A. DAVIS, Bar No. 179074
CONCHITA LOZANO-BATISTA, Bar No. 227227
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone (510) 337-1001
Facsimile (510) 337-1023

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY TOTTEN, JOSÉ MORENO, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA; NORTHERN CALIFORNIA DISTRICT COUNCIL OF LABORERS for itself and on behalf of LABORERS' LOCAL UNION NO. 304<br><br>        Plaintiffs,<br><br>   v.<br><br>LUCAS CONCRETE, INC., a California Corporation,<br><br>        Defendant. | No.   C 05 5447 EMC<br><br>**STIPULATION FOR ENTRY OF JUDGMENT AND** ~~PROPOSED~~ **ORDER** |

The parties hereto hereby stipulate and agree as follows:

1. Plaintiffs have brought the above-captioned action against Lucas Concrete, Inc., a California Corporation (hereinafter referred to as "Defendant"). Plaintiffs, in this action, sought unpaid fringe benefit contributions and liquidated damages for the period of January 2001 through

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

STIPULATION FOR ENTRY OF JUDGMENT AND PROPOSED ORDER, Case No. C 05 5447 EMC

111530/431207

December 2005, plus interest thereon, as well as an audit entry, pursuant to the Laborers Master Agreement ("Master Agreement") and the *relevant trust agreements establishing the Laborers Trust Funds.* The parties hereby stipulate and agree to settle this action under the following terms:

2. Defendant agrees to have judgment entered against them in the amount of $88,612.03 which represents fringe benefit contributions due to the Laborers Trust Funds for the period of January 2001 through December 2005.

3. Defendant shall remit the $88,612.03 to the Laborers Trust Funds over a five-year period, with sixty (60) monthly installments in the amount of $1,476.86. The first installment payment will commence on August 25, 2006 and continue thereafter to be due and payable on the fifteenth (15th) day of each month commencing August 25, 2006 and ending on August 25, 2011. All of the above-referenced payments shall be made payable to the Laborers Trust Funds and mailed to the Laborers Fund Administrative Offices of Northern California Inc., 220 Campus Lane, Fairfield, California, 94585-1498, Attn.: John Hagan.

4. The parties hereto further stipulate and agree that if Defendant fails to make any of the scheduled payments listed in *Paragraph 3 above, the Trust Fund may* then execute upon the Judgment in the full amount of $88,612.03, minus the amount of any payment actually received.

5. If Defendant defaults in the making of any of said payments or any part thereof, and if Plaintiffs consult legal counsel with respect thereto, there shall be added to Defendant's obligation under a modification to this Stipulation for Entry of Judgment reasonable attorneys' fees, court costs and all other reasonable expenses incurred by Plaintiffs in connection with such suit or claim, including any and all appellate proceedings therein.

6. The parties further acknowledge that by entering into this Stipulation, the Laborers Trust Funds specifically preserve and retain their right to conduct an audit of Defendant's records for the period after December 2005 and to seek payment of any contributions found due from an audit.

7. The provisions set forth in this Stipulation for Entry of Judgment are not in violation of any state or federal law. However, if any portion of said stipulation is found to be in violation of

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

- 2 -

STIPULATION FOR ENTRY OF JUDGMENT AND PROPOSED ORDER, Case No. C 05 5447 EMC

111530/431207

1 | any state or federal law, then Defendant shall continue to pay the indebtedness outlined herein under Paragraph 3.

8. Plaintiffs hereby stipulate and agree that once Defendant has complied with paragraph 3 of the Stipulation for Entry of Judgment, Plaintiffs shall file a Satisfaction of Judgment with the Court.

9. Defendant acknowledges to Plaintiffs that Defendant has had the opportunity to be represented by independent legal counsel of its own choice throughout all of the negotiations that preceded the execution of this Stipulation for Entry of Judgment. Defendant further acknowledges that they have had adequate opportunity to perform whatever investigation or inquiry they may deem necessary in connection with the subject matter of this Stipulation for Entry of Judgment prior to its execution, and agree with the delivery and acceptance of the considerations specified in this Stipulation for Entry of Judgment.

10. The parties hereto mutually state that they have read the foregoing Stipulation for Entry of Judgment and are fully aware of its contents and legal facts. This Stipulation for Entry of Judgment constitutes the entire agreement of the parties and is entered into on the dates indicated below.

Dated: Aug - 31 - , 2006

LUCAS CONCRETE INC.

By: _____
Jose L Villegas
President, Lucas Concrete, Inc

Dated: Sept. 7 , 2006

NORTHERN CALIFORNIA DISTRICT COUNCIL OF LABORERS

By: _____
CEDRIC PORTER

| | | |
|---|---|---|
| 1 | Dated: September 8, 2006 | LABORERS TRUST FUNDS |
| 2 | | |
| 3 | | By: /s/ John J. Hagan |
| 4 | | JOHN HAGAN |
| 5 | | |
| 6 | As to form only<br>Dated: September 11, 2006 | |
| 7 | | WEINBERG, ROGER & ROSENFELD<br>A Professional Corporation |
| 8 | | |
| 9 | | By: /s/ Patricia Davis |
| 10 | | PATRICIA DAVIS<br>Attorneys for Plaintiffs |
| 11 | | |
| 12 | Dated: September 6, 2006 | LAW OFFICES OF LOUIS DOYLE |
| 13 | | By: /s/ Louis F. Doyle |
| 14 | | LOUIS DOYLE<br>Attorneys for Defendant |

[PROPOSED] ORDER

It is so ordered that Judgment is entered against Defendant Lucas Concrete, Inc., a California Corporation, as set forth in the Stipulation for Entry of Judgment.

Dated: __September 15, 2006__

HONORABLE EDWARD CHEN ~~CHIN~~



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

- 5 -
STIPULATION FOR ENTRY OF JUDGMENT AND PROPOSED ORDER, Case No. C 05 5447 EMC