1  BARRY E. HINKLE, Bar No. 071223
   PATRICIA A. DAVIS, Bar No. 179074
2  CONCHITA LOZANO-BATISTA, Bar No. 227227
   A Professional Corporation
3  1001 Marina Village Parkway, Suite 200
   Alameda, California 94501-1091
4  Telephone (510) 337-1001
   Facsimile (510) 337-1023
5

6  Attorneys for Plaintiffs

7

8

9             UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11

12 LARRY TOTTEN, JOSÉ MORENO, in their      ) No.   C 05 5447 EMC
   capacities as Trustees of the LABORERS   )
13 HEALTH AND WELFARE TRUST FUND            )
   FOR NORTHERN CALIFORNIA;                 )
14 LABORERS VACATION-HOLIDAY TRUST          ) [PROPOSED] ORDER FOR
   FUND FOR NORTHERN CALIFORNIA;            ) APPEARANCE AND EXAMINATION
15 LABORERS PENSION TRUST FUND FOR          ) OF DEBTOR ASSETS
   NORTHERN CALIFORNIA; and LABORERS        )
16 TRAINING AND RETRAINING TRUST            )
   FUND FOR NORTHERN CALIFORNIA;            )
17 NORTHERN CALIFORNIA DISTRICT             )
   COUNCIL OF LABORERS for itself and on    )
18 behalf of LABORERS' LOCAL UNION NO.      )
   304                                      )
19          Plaintiffs,                     )
                                            )
20      v.                                  )
                                            )
21 LUCAS CONCRETE, INC., a California       )
   Corporation,                             )
22                                          )
            Defendant.                      )
23 _____  )

24 / / /

25 / / /

26 / / /

27 / / /

28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

[PROPOSED] ORDER FOR APPEARANCE AND EXAMINATION OF DEBTOR ASSETS, Case No. C 05 5447 EMC

### PROPOSED ORDER FOR APPEARANCE AND EXAMINATION OF DEBTOR ASSETS

TO: Defendant LUCAS CONCRETE, INC., a California Corporation, through its agent Jose Luis Villegas:

**YOU ARE HEREBY ORDERED TO APPEAR** personally before this Court, or before a referee appointed by the Court, on **February 6, 2008**, at **9:00 a.m.** in **Courtroom C, 15th Floor**, located at **450 Golden Gate Avenue, San Francisco, California**, to furnish information to aid in enforcement of the judgment entered against you on September 15, 2006 and to answer questions concerning property in your possession or control as stated in Plaintiffs' Application for Order to Appear for Debtor Examination, attached hereto as Exhibit "A".

Dated: 12/11/07

Edward M. Chen
U. S. Magistrate Judge

111530/477574

- 2 -
[PROPOSED] ORDER FOR APPEARANCE AND EXAMINATION OF DEBTOR ASSETS, Case No. C 05 5447 EMC

1  BARRY E. HINKLE, Bar No. 071223
   PATRICIA A. DAVIS, Bar No. 179074
2  CONCHITA LOZANO-BATISTA, Bar No. 227227
   A Professional Corporation
3  1001 Marina Village Parkway, Suite 200
   Alameda, California 94501-1091
4  Telephone (510) 337-1001
   Facsimile (510) 337-1023
5

6  Attorneys for Plaintiffs

7

8

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11

12 LARRY TOTTEN, JOSÉ MORENO, in their         ) No.   C 05 5447 EMC
   capacities as Trustees of the LABORERS     )
13 HEALTH AND WELFARE TRUST FUND              )
   FOR NORTHERN CALIFORNIA;                   )
14 LABORERS VACATION-HOLIDAY TRUST            ) **PLAINTIFFS' APPLICATION FOR**
   FUND FOR NORTHERN CALIFORNIA;              ) **ORDER TO APPEAR FOR DEBTOR**
15 LABORERS PENSION TRUST FUND FOR            ) **EXAMINATION**
   NORTHERN CALIFORNIA; and LABORERS          )
16 TRAINING AND RETRAINING TRUST              )
   FUND FOR NORTHERN CALIFORNIA;              )
17 NORTHERN CALIFORNIA DISTRICT               )
   COUNCIL OF LABORERS for itself and on      )
18 behalf of LABORERS' LOCAL UNION NO.        )
   304                                        )
19          Plaintiffs,                       )
                                              )
20     v.                                     )
                                              )
21 LUCAS CONCRETE, INC., a California         )
   Corporation,                               )
22                                            )
            Defendant.                        )
23 _____)

24        **APPLICATION FOR ORDER TO APPEAR FOR EXAMINATION**

25     TO:    LUCAS CONCRETE, INC., a California Corporation

26        1.   Plaintiffs Larry Totten, José Moreno, in their capacities as Trustees of the Laborers

27 Health and Welfare Trust Fund for Northern California; Laborers Vacation-Holiday-Dues

28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

PLAINTIFFS' APPLICATION FOR ORDER TO APPEAR FOR DEBTOR EXAMINATION, Case No. C 05 5447 EMC

Supplement Trust Fund for Northern California; Laborers Pension Trust Fund for Northern California; and Laborers Training And Retraining Trust Fund For Northern California (hereinafter "Trust Funds" or "Plaintiffs"), Judgment creditors, make this application for an order requiring Defendants to aid in the enforcement of the money judgment against them entered on September 15, 2006 in the above-entitled Court.

2. Plaintiffs request that Defendant Lucas Concrete, Inc., through its agent Jose Luis Villegas produce the following records to be examined:

 a. California Quarterly Report of Wages, For DE-6;
 b. Federal Tax Forms W-3 and W-2;
 c. 1096 and 1099 Forms;
 d. Workers Compensation Insurance Reports;
 e. Quarterly Payroll Tax Returns (Form 941);
 f. Check registers and supporting cash vouchers;
 g. General ledger (portion relating to payroll audit);
 h. Payroll Registers/Journals;
 i. Individual Earnings Records;
 j. Cash disbursements ledger;
 k. Accounts payable ledger; and
 l. Vendor invoices.

Dated: December 6, 2007

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: /s/Concepción E. Lozano-Batista
CONCEPCIÓN E. LOZANO-BATISTA

111530/477572

- 2 -
PLAINTIFFS' APPLICATION FOR ORDER TO APPEAR FOR DEBTOR EXAMINATION, Case No. C 05 5447 EMC